IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                PLAINTIFF

VS.           NO. 4:12CR-00125-02-SWW

CUITLAHUAC JASSO-ORTEGA              DEFENDANT

## ORDER

Pending before the Court is a motion for issuance of summons and for revocation of bond. (Docket entry #40) For good cause shown, the motion for issuance of summons is GRANTED. The Clerk of Court is directed to issue summons to Defendant Cuitlahuac Jasso-Ortega for appearance at a hearing before United States Magistrate Judge Beth Deere on July 3, 2013, at 10:00 a.m. to show cause why his pretrial release should not be revoked.

IT IS SO ORDERED this 17th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE